# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

FRANCIS HENRY "HANK" FAY

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

SEE Attached

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

FILED IN CLERKS OFFICE
2018 AUG 29 AM 10: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: FRANCIS HENRY (HANK) FAY
   Street Address: 260 CLARK AVE #908
   City and County: CHELSEA, SUFFOLK
   State and Zip Code: MA. 02150
   Telephone Number: 617 869 5098
   E-mail Address: hankfay4@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   SEE ATTACHED

Defendants 1

Defendants Attachment

United Stated District Court for the District of Massachusetts

Civil Title IX Complaint

Plaintiff: Francis Henry (Hank) Fay

## Defendants

Defendant No. 1
    Massachusetts College of Art and Design
    President Dr. David P. Nelson
    621 Huntington Ave. Suite Tower 11FL
    Boston, Suffolk
    Ma. 02115
    617-879-7100
    nelson@massart.edu

Defendant No.2
    Wilson, Courtney
    Title IX Coordinator
    Massachusetts College of Art and Design
    621 Huntington Ave. Suite Kennedy 203
    Boston, Suffolk
    Ma. 02115
    617-879-7751
    cwilson24@massart.edu

Defendant No.3
    Keefe, Maureen
    Vice-President of Student Development
    Massachusetts College of Art and Design
    621 Huntington Ave. Suite Kennedy 230
    Boston, Suffolk
    Ma. 02115
    617-879-7705
    mkeefe@massart.edu

Defendant No.4
  Buckholtz, Elaine
  Associate Professor
  Massachusetts College of Art and Design
  621 Huntington Ave. Suite North 172
  Boston, Suffolk
  Ma. 02115
  617-879-7475
  ebuckholtzmassart.edu

Defendant No.5
  Moser, Dana
  Professor, Studio for Interrelated Media
  Massachusetts College of Art and Design
  621 Huntington Ave. Suite Tower 720
  Boston, Suffolk
  Ma. 02115
  617-879-7480
  dmoser@massart.edu

Defendant No. 6
  Obando, Juan
  Assistant Professor, Studio for Interrelated Media
  Massachusetts College of Art and Design
  621 Huntington Ave. Suite North 172
  Boston, Suffolk
  Ma. 02115
  617-879-7496
  juan.obando@massart.edu

Defendant No.7
  Palu-ay, Lyssa
  Provost
  Massachusetts College of Art and Design
  621 Huntington Ave. Suite South 301
  Boston, Suffolk
  Ma. 02115
  617-879-7782
  lpaluay@massart.edu

Defendant No.8
    Serig, Daniel
    Associate Vice President of Academic Affairs
    Massachusetts College of Art and Design
    621 Huntington Ave. Suite Tower 301
    Boston, Suffolk
    Ma. 02115
    617-879-7549
    dserig@massart.edu

Defendant No.9
    Sturiale, Nita
    Chair, Studio for Interrelated Media
    Massachusetts College of Art and Design
    621 Huntington Ave. Suite North 172
    Boston, Suffolk
    Ma. 02115
    617-879-7481
    nsturiale@massart.edu

Defendant No.10
    John Doe #1
    Massachusetts College of Art and Design
    621 Huntington Ave.
    Boston, Suffolk
    Ma. 02115

Defendant No. 11
    John Doe #2
    Massachusetts College of Art and Design
    621 Huntington Ave.
    Boston, Suffolk
    Ma. 02115

Defendant No. 12
    John Doe #3
    Massachusetts College of Art and Design
    621 Huntington Ave.
    Boston, Suffolk
    Ma. 02115

Defendant No. 13
> John Doe #4
> Massachusetts College of Art and Design
> 621 Huntington Ave.
> Boston, Suffolk
> Ma. 02115

Defendant No.14
> John Doe #5
> Massachusetts College of Art and Design
> 621 Huntington Ave.
> Boston, Suffolk
> Ma. 02115

Defendant No.15
> John Doe #6
> Massachusetts College of Art and Design
> 621 Huntington Ave.
> Boston, Suffolk
> Ma. 02115

Defendant No.16
> John Doe #7
> Massachusetts College of Art and Design
> 621 Huntington Ave.
> Boston, Suffolk
> Ma. 02115

Defendant No.17
> Jane Doe #1
> Massachusetts College of Art and Design
> 621 Huntington Ave.
> Boston, Suffolk
> Ma. 02115

Defendant No.18
> Jane Doe #2
> Massachusetts College of Art and Design
> 621 Huntington Ave.
> Boston, Suffolk
> Ma. 02115

Defendant No.19
    Jane Doe #3
    Massachusetts College of Art and Design
    621 Huntington Ave.
    Boston, Suffolk
    Ma. 02115

Defendant No.20
    Jane Doe #4
    Massachusetts College of Art and Design
    621 Huntington Ave
    Boston, Ma. 02115

Defendant No.21
    Jane Doe #5
    Massachusetts College of Art and Design
    621 Huntington Ave
    Boston, Ma. 02115

Defendant No.22
    Jane Doe #6
    Massachusetts College of Art and Design
    621 Huntington Ave
    Boston, Ma. 02115

Defendant No.23
    Jane Doe #7
    Massachusetts College of Art and Design
    621 Huntington Ave
    Boston, Ma. 02115

Defendant No.24
    Unknown Agency, Organization, or Business #1
    Boston, Suffolk
    Massachusetts

Defendant No.25
    Unknown Agency, Organization, or Business #2
    Boston, Suffolk
    Massachusetts

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title IX

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Francis H. (Hank) Fay, is a citizen of the State of *(name)* Massachusetts.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* see attached, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Citizenry Attachment

United Stated District Court for the District of Massachusetts

Civil Title IX Complaint

Plaintiff: Francis Henry (Hank) Fay

## Citizenry of Defendants

Defendant No. 1
    The defendant, Elaine Buckholtz is a citizen of the State of Massachusetts.

Defendant No.2
    The defendant, Courtney Wilson is a citizen of the State of Massachusetts.

Defendant No.3
    The defendant, Maureen Keefe is a citizen of the State of Massachusetts.

Defendant No.4
    The Massachusetts College of Art and Design is a public institution in the State of Massachusetts

Defendant No.5
    The defendant, Dana Moser is a citizen of the State of Massachusetts.

Defendant No. 6
    The defendant, Juan Obando is a citizen of the State of Massachusetts.

Defendant No.7
    The defendant, Lyssa Palu-ay is a citizen of the State of Massachusetts.

Defendant No.8
    The defendant, Daniel Serig is a citizen of the State of Massachusetts.

Defendant No.9
    The defendant, Nita Sturiale is a citizen of the State of Massachusetts.

Defendant No.10
    The defendant, John Doe#1 is a citizen of the State of Massachusetts.

Defendant No. 11
    The defendant, John Doe #2 is a citizen of the State of Massachusetts.

Defendant No. 12
    The defendant, John Doe #3 is a citizen of the State of Massachusetts.

Defendant No. 13
> The defendant, John Doe #4 is a citizen of the State of Massachusetts.

Defendant No.14
> The defendant, John Doe#5 is a citizen of the State of Massachusetts.

Defendant No.15
> The defendant, John Doe#6 is a citizen of the State of Massachusetts.

Defendant No.16
> The defendant, John Doe#7 is a citizen of the State of Massachusetts.

Defendant No.17
> The defendant, Jane Doe#1 is a citizen of the State of Massachusetts.

Defendant No.18
> The defendant, Jane Doe#2 is a citizen of the State of Massachusetts.

Defendant No.19
> The defendant, Jane Doe#3 is a citizen of the State of Massachusetts.

Defendant No.20
> The defendant, Jane Doe#4 is a citizen of the State of Massachusetts.

Defendant No.21
> The defendant, Jane Doe#5 is a citizen of the State of Massachusetts.

Defendant No.22
> The defendant, Jane Doe#6 is a citizen of the State of Massachusetts.

Defendant No.23
> The defendant, Jane Doe#7 is a citizen of the State of Massachusetts.

Defendant No.24
> The defendant, Unknown Agency, Organization, or Business #1 is an institution in the State of Massachusetts

Defendant No.25
> The defendant, Unknown Agency, Organization, or Business #2 is an institution in the State of Massachusetts

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Violation of Civil Rights_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__See Attached Statement of Claim_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statement of Claim Attachment

United States District Court for the District of Massachusetts

Civil Title IX Complaint

Plaintiff: Francis Henry (Hank) Fay

Complaint #1) On or about April 1, 2016 Professor Elaine Buckholtz retaliated against me for complaining about a sexual innuendo uttered by her against me on our class message board. Buckholtz retaliated against me by calling me at home and using an abusive tone of voice (shouting) and insulting me, making the quid pro quo demand that if I did not retract the post criticizing her ribald joke that she would require we have 'a mediation," by falsely claiming that I physically intimidated her, and by banning me from her classes.

Complaint #2) On or about Aril 5, 2016 Studio for Interrelated Media's (a department and degree program at Massart known as SIM) Chairperson Professor Nita Sturiale, retaliated against me for complaining about Associate Professor Buckholtz' sexual innuendo and refusing to remove the post by banning me from taking her or Buckholtz' classes.

Complaint #3) On or about April 7, 2016 Professor Buckholtz retaliates against me by writing Dean of Civil Rights Mercedes Sherrod-Evans a letter called me misguided, over-sensitive, toxic and a liar.

Complaint #4) On or about April 11, 2016 Dean of Civil Rights Mercedes Sherrod-Evans retaliates against me by stating that she is "miffed" at me for criticizing handicapped access at

Massart, that the school is obligated to believe the word of a professor over any student's word, and that I could be expelled if I "push it."

Complaint #5) On or about April 14, 2016 Vice-President Dan Serig retaliates against me by refusing to investigate, mediate, or allow me to record our policy discussion meetings.

Complaint #6) On or about April 14, 2016 Sturiale retaliates against me by refusing to ask the class for witnesses.

Complaint #7) On or about April 26, 2016 Sturiale, Buckholtz, and Serig retaliate against me by denying me access to Board Reviews.

Complaint #8) On or about May 13, 2016 Dean of Students Jamie Glanton Costello retaliates against me by refusing to allow me to record our meetings to discuss policy.

Complaint #9) On, about, and/or after April 25, 2016 Title IX coordinator Courtney Wilson retaliates against me agreeing by refusing to allow me to record our meetings.

Complaint #10) Approximately May 19, 2016 Academic Resource Center. Elizabeth Smith-Freedman retaliates against me by declining to communicate my disability to my professors.

Complaint #11) January 17, 2018 Provost Lyssa Palu-ay banned me from the Studio for Interrelated Media office as retaliation for filing a Title IX complaint.

Complaint #12) January 9, 2018 Vice President of Student Development, Maureen Keefe retaliated against me for filing Tile IX by demanding unreasonably that I appear at a meeting before I could return to class.

Complaint #13) On or about May 6, 2016 Professor Dana Moser retaliates against me for filing Title IX by removing my post about Professor Buckholtz from the class website.

Complaint #14) Sometime before August 23, 2017 Professor Juan Obando retaliated against me by testifying for investigators that the he and other faculty members "stepped back" from me.

_SEE ATTACHED Prayer for Relief_

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8/27/18_

Signature of Plaintiff: _Francis H Fay_
Printed Name of Plaintiff: _FRANCIS HENRY (HANK) FAY_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Prayer for Relief and Demand for Jury Attachment

United States District Court for the District of Massachusetts

Civil Title IX Complaint

Plaintiff: Francis Henry (Hank) Fay

This Prayer for Relief is seeking General damages, Consequential damages, and Punitive damages greater than $75,000.00 according to proof.

According to Federal Rules of Civil Procedure, I respectfully demand trial by jury in this action.